

# Fourth Court of Appeals
## San Antonio, Texas

May 12, 2015

No. 04-14-00610-CR

Joe A. **GOMEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR4656
Honorable Ron Rangel, Judge Presiding

## O R D E R

On April 10, 2015, this court abated this appeal to the trial court to hold a hearing to determine whether appellant desired to prosecute his appeal, whether appellant was indigent, and whether counsel had abandoned this appeal. *See* TEX. R. APP. P. 38.8(b)(2). On May 11, 2015, this court received a supplemental clerk's record which contains a transcript of the abandonment hearing and the trial court's findings of fact and conclusions of law. The trial court states appellant desires to prosecute the appeal, he is indigent, and appellant's counsel has not abandoned this appeal.

On May 8, 2015, this Court received appellant's brief.

It is therefore ORDERED that this appeal is reinstated on the docket of this court. It is further ORDERED the State shall file its brief on or before 30 days from the date of this Order.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court